RECEIVED
IN LAKE CHARLES, LA

JUN 13 2006



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MADELINE CAROL BOILLAT-MACON** | : | **DOCKET NO. 2:06 CV 0247** |
| VS. | : | JUDGE MINALDI |
| NORMAN Y. MINETA, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

The defendant, having filed a Motion to Dismiss and the time period to file an opposition having lapsed with no opposition being filed,

IT IS ORDERED that the defendants' Motion to Dismiss IS GRANTED.

IT IS FURTHER ORDERED that the claims of the plaintiff, Madeline Carol Boillat-Macon, ARE DISMISSED WITH PREJUDICE at the plaintiff's cost due to lack of subject matter jurisdiction based upon the plaintiff's failure to exhaust administrative remedies.

Lake Charles, Louisiana, this 13 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE